671 A.2d 224

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Emilio LOPEZ, Petitioner.**

**No. 772 E.D.Alloc.Dkt.1995.**

Supreme Court of Pennsylvania.

Feb. 28, 1996.

## ORDER

Prior Report: 444 Pa.Super. 441, 664 A.2d 154.

PER CURIAM.

AND NOW, this 28th day of February, 1996, the Petition for Allowance of Appeal is granted. The order of the Superior Court is reversed. *See, Commonwealth v. Banks,* 540 Pa. 453, 658 A.2d 752 (1995).